In re:  
Wendy M. Weirich  
    Debtor

Case No. 15-04416-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: REshelman    Page 1 of 1    Date Rcvd: Mar 22, 2019  
                    Form ID: pdf010    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.

```
db              +Wendy M. Weirich,    1235 East Old Cumberland Street,    Lebanon, PA 17042-8148
4729213         +CitiFinancial,    ATTN: BK Remittance,    PO Box 140069,    Irving, TX 75014-0069
4751487          CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD  57117-6043
4708147         +Columbia Gas (Formerly Baystate Gas),    Po Box 2025,    Attn: Bankruptcy Department,
                  Springfield, MA 01102-2025
4708149         +Drive Fin/Santander Consumer USA,    Attn: Bankruptcy,    5201 Rufe Snow Dr Ste 400n,
                  Richland Hills, TX 76180-6036
4708150         +Milstead & Assoc., LLC,    Attn: Robert W. Williams, Esq.,    1 E. Stow Road,
                  Marlton, NJ 08053-3118
4725654         +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
4708152         +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
5006719         +Wilmington Savings Fund Society,    Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948
5006720         +Wilmington Savings Fund Society,    Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806,    Wilmington Savings Fund Society,
                  Carrington Mortgage Services, LLC 92806-5948
4990747         +Wilmington Savings Fund Society, FSB, et. al.,    c/o Michele A. De Witt,    ALDRIDGE PITE, LLP,
                  4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4708146         +E-mail/PDF: cbp@onemainfinancial.com Mar 22 2019 16:14:02      Citifinancial/Onemain,
                  Citifinacial Inc.,    Pob 140489,    Irving, TX 75014-0489
4708148         +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 22 2019 16:07:38
                  Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
4711731          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 16:07:24
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg PA 17128-0946
4708151         +E-mail/Text: bankruptcy@sw-credit.com Mar 22 2019 16:07:27      Southwest Credit Syste,
                  4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Darin Michael King    on behalf of Debtor 1 Wendy M. Weirich darin@darinking.com,
               darinkingecf@hotmail.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor   CitiFinancial Servicing, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Michele A De Witt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| WENDY M. WEIRICH | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1-15-bk-04416 HWV |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   vs.           Movant(s)

WENDY M. WEIRICH

          Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 22, 2019          By the Court,

                                                               Henry W. Van Eck, Bankruptcy Judge (JH)